AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V.
ELNEC AVILY LEON
ADDRESS UNKNOWN

## WARRANT FOR ARREST

CASE NUMBER: CR.95-00392-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Elnec Avily Leon__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Indictment Made A Part Thereof.

in violation of Title __18__ United States Code, Section(s) __3146__

| Thomas P. Bonneau | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | September 6, 1995, Alexandria, Virginia |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BOND__   by __Judge Leonie M. Brinkema__
<br>Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

FILED ___ ENTERED
LOGGED ___ RECEIVED
JUL 15 2014
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 95-392-A |
| v.                      ) | |
|                         ) | Count 1  18 U.S.C. § 3146 |
| ELNEC AVILY LEON        ) | (Failure to Appear) |

SEPTEMBER TERM 1995 - At Alexandria

INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 8, 1995, the defendant ELNEC AVILY LEON, after having been released pursuant to Title 18, United States Code, Chapter 207, and being ordered as a condition of that release to appear, as required, at all proceedings in the United States District Court for the Eastern District of Virginia relating to criminal case number 95-223-A, and after having been directed by that United States District Court to appear on May 8, 1995 for sentencing, the defendant unlawfully, knowingly, and willfully failed to appear before that Court, while awaiting sentence for an offense punishable by imprisonment for a term of five years or more, to wit: making a false statement in a passport application, in violation of Title 18, United States Code, Section 1542.

(Violation of Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A)(ii).)

A TRUE BILL:

_____
F O R E P E R S O N

*Helen F. Fahey*
HELEN F. FAHEY
UNITED STATES ATTORNEY    by *Justin W. Williams*
　　　　　　　　　　　　　　Justin W. Williams
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Chief, Criminal Division
*John P. Elwood*
John P. Elwood
Special Assistant
United States Attorney